UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1901MJ07444-JCB |
| | ) | |
| | ) | |
| XAVIER NILES-CHARLES | ) | |

**AFFIDAVIT OF JESSICA D. HEDGES, COUNSEL FOR MR. XAVIER NILES CHARLES**

I, Jessica Diane Hedges, do hereby state that the following facts are true and accurate to the best of my personal knowledge and belief:

1. I am a member in good standing of the Bar of this Court and counsel to the defendant in the above-captioned criminal case.

2. I represent Mr. Xavier Niles-Charles in the above captioned matter.

3. I have been in touch with Mr. Xavier Niles-Charles and his family regarding his custodial and health status.

4. Mr. Niles-Charles reported that that at MCI Cedar-Junction he can physically reach through the bars and shake hands with the inmates on either side of his cell, to illustrate the proximity he shares with other inmates.

5. Mr. Niles-Charles reports that in his unit, food is being prepared and delivered to the cells by corrections officers, and that officers escort inmates to recreation, bathing and phone use

6. It is my understanding that he was diagnosed with asthma as a child, that he has relied on a nebulizer, prescription inhalers, and behavioral precautions to cope with the condition. It is further my understanding that he has had – during childhood and adolescence – asthma attacks which required medical care. He is currently prescribed to use an inhaler.

7. I have attached medical records, obtained from family, reflecting his diagnosis as a child, as well as medical records from MCI Cedar Junction showing that he is treated for asthma.

8. I have also been in touch with family members about a possible release plan. Because the Government had concerns about him returning to his pre-release address his family and I have been pursuing other options.

9. While he has supportive family, because they are older and have health conditions, they are not ideal release locations given the current public health crisis.

10. In light of their serious concerns about his health, his family has located an apartment that he could rent. He would not have any roommate and would rent alone.

11. I have personally spoken to the property manager of that property and confirmed that he would rent to Mr. Niles-Charles.

12. I have forwarded this individual's contact information as well as the exact address to USPO Tricia Marcy.

Signed under the pains and penalties of perjury on April 20, 2020.

<u>/s/ Jessica Hedges</u>